# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYANNE JACQUES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STANDARD INSURANCE COMPANY; MARDAN CENTER OF EDUCATIONAL THERAPY GROUP LONG TERM DISABILITY PLAN, and DOES 1 to 10, Inclusive,<br><br>　　　　Defendant. | Case No. CV13-02866 JAK (JEMx)<br><br>**ORDER UPON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>JS-6<br><br>Complaint Filed: April 23, 2013 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV13-02866 JAK (JEMx), is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: December 19, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Judge John A. Kronstadt
　　　　　　　　　　　　　　　　　Judge, United States District Court

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

Error! Unknown document property name..Error! Unknown document property name.

Case No. CV13-02866 JAK (JEMx)
ORDER UPON STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE